

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2015

No. 04-14-00761-CR

David **CHARLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5564
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to September 12, 2015. NO FURTHER EXTENSIONS WILL BE ALLOWED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court